**Order entered February 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00776-CV

## IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-23995**

## ORDER

The reporter's record in this case is overdue. By letter dated December 23, 2019, Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, informed the Court that the reporter's record had not yet been filed because she has not received Volume 3 of the record which was reported by Cheryl Dixon on June 26, 2017. By order dated January 10, 2020, we ordered Court Reporter Cheryl Dixon to deliver Volume 3 of the reporter's record to Ms. Saavedra by 5:00 p.m. on Tuesday, January 21, 2020 and to provide this Court with written verification that she has done so by 8:00 a.m. on Wednesday, January 21, 2020. We expressly cautioned Ms. Dixon that failure to comply with the Court's order would result in the Court taking whatever action it deemed necessary to see that she complied with the Court's orders.

To date, the reporter's record has not been filed nor has Ms. Dixon provided the Court with the required verification. Because the appeal cannot proceed without the reporter's record, we **ORDER** the trial court to conduct a hearing, no later than **March 6, 2020**, to determine (1)

why the record has not been filed, (2) the date it will be filed, and (3) what steps need to be taken to ensure the record is filed by that date.  To that end, both Ms. Dixon and Janet Saavedra, as the Official Court Reporter for the 254th Judicial District Court, shall be present at the hearing.

The trial court shall make its findings concerning the reporter's record in writing.  The findings shall be filed in a supplemental clerk's record no later than **March 13, 2020**.  A supplemental reporter's record of the hearing shall also be filed no later than **March 13, 2020**.

To further ensure the record is filed and as we cautioned in our last order, we **ORDER** Ms. Dixon not sit as a reporter until she has filed the record.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ashley Wysocki, Presiding Judge of the 254th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Saavedra; Ms. Dixon; the Dallas County Auditor; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than March 13, 2020.

/s/     KEN MOLBERG
           JUSTICE